COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Donald Runnels
Richland Detention Center DOC No. 187611
456 Hwy 15
Rayville LA 71269

**REHEARING ACTION: March 2, 2016**

**Docket Number: 15   00746-KH**

**STATE OF LOUISIANA
VERSUS
DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

<u>**BEFORE JUDGES**</u>:

   Hon. Sylvia R. Cooks
   Hon. Billy Howard Ezell
   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Runnels** has this day been

   **DENIED.**

cc: Herbert Todd Nesom, Counsel for  the Respondent